FILED

10/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0395

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| INGE and MARK CAHILL, RANDY and KERIN GAYNER, WILLIAM and NANNETTE REED, and IRVING ERICKSON,<br><br>      Petitioners and Appellants,<br><br>v.<br><br>CITY OF COLUMBIA FALLS, COLUMBIA FALLS BOARD OF ADJUSTMENT,<br><br>      Respondents and Appellees,<br><br>and<br><br>CNS PROPERTY DEVELOPMENT, LLC, a Montana Limited Liability Company,<br><br>      Respondent. | Cause No. DA-22-0395<br><br>**ORDER** |

Having read and considered the joint, Unopposed Motion to Extend Deadlines and there appearing good cause therefore, the Motion is hereby GRANTED.

Appellees' response brief is due **November 30, 2022**, and Appellants' reply brief is due **January 2, 2023.**

Order Granting Appellee's Unopposed Motion

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 24 2022